NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7080

HARVEY E. BLACKMAN,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

Todd M. Wesche, Goodman, Allen & Filetti, PLLC, of Richmond, Virginia, argued for claimant-appellant.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel was Meredyth D. Cohen, Trial Attorney. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Dana Raffaelli, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Robert N. Davis

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7080

HARVEY E. BLACKMAN,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the     United States Court of Appeals for Veterans Claims

In CASE NO(S).     05-2516.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, GAJARSA, and DYK, <u>Circuit Judges</u>).

<u>**AFFIRMED.**</u>  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED <u>January 8, 2009</u>          <u>/s/ Jan Horbaly</u>_____

Jan Horbaly, Clerk